**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1964**

_____

In Re:  STANLEY LORENZO WILLIAMS,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(1:07-cv-00757-TDS-WWD)

_____

Submitted:  November 20, 2012        Decided:  November 29, 2012

_____

Before KING, GREGORY, and DAVIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Stanley Lorenzo Williams, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Lorenzo Williams petitions for a writ of mandamus seeking an order for a transcript of a state court hearing. We conclude that Williams is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The relief sought by Williams is not available by way of mandamus. Accordingly, although we grant Williams leave to proceed in forma pauperis and grant his motion to amend, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED